**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00031-CV**
_____

**LIVING WORD WORLD OUTREACH CHURCH, INC., Appellant**

**V.**

**DAVID JORDAN AND SOUTH TEXAS DISTRICT COUNCIL - ASSEMBLIES OF GOD, INC., Appellees**

On Appeal from the 359th District Court
Montgomery County, Texas
Trial Cause No. 22-10-13533-CV

**MEMORANDUM OPINION**

Living Word World Outreach Church, Inc., Appellant, and David Jordan and South Texas District Council - Assemblies of God, Inc., Appellees, jointly filed a motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a). The parties to the appeal filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on June 7, 2023
Opinion Delivered June 8, 2023

Before Golemon, C.J., Johnson and Wright, JJ.